AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

**Sep 08, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| KATHLEEN FRALEY, | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| ENCOMPASS INDEMNITY COMPANY, | ) |
| a Illinois corporation, | |
| *Defendant* | |

Civil Action No.  2:24-CV-0278-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Thomas O. Rice _____

Date:  September 8th, 2025 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Sara Gore _____
*(By) Deputy Clerk*

Sara Gore _____